UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Chapter 7

Eboni Latraca Mathis,  Case No. 14-57325

    Debtor.  Hon. Phillip J. Shefferly
_____/

Timothy J. Miller, Chapter 7 Trustee,  Adversary Proceeding
      No. 15-5001-PJS
    Plaintiff,

v.

Eboni Latraca Mathis,

    Defendant.
_____/

### ORDER DENYING IN PART TRUSTEE'S MOTION FOR SUMMARY JUDGMENT AND GRANTING IN PART DEBTOR'S MOTION FOR SUMMARY JUDGMENT

On April 18, 2016, the Court issued an Opinion Granting Partial Summary Judgment for the Debtor ("Opinion") (ECF No. 30). For the reasons set forth in the Opinion, all of which are incorporated herein,

**IT IS HEREBY ORDERED** that the Trustee's Motion for Summary Judgment (ECF No. 20) regarding count III of the Trustee's amended complaint is denied.

**IT IS FURTHER ORDERED** that the Debtor's Motion for Summary Judgment (ECF No. 23) with respect to count III of the Trustee's amended complaint is granted.

.

**Signed on April 18, 2016**

                                        **/s/ Phillip J. Shefferly**
                                        **Phillip J. Shefferly**
                                        **United States Bankruptcy Judge**